IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-180-FL

KIMBERLY POYTHRESS,            )
                               )
    Plaintiff,                 )
                               )
v.                             )
                               )    REMAND ORDER
CAROLYN W. COLVIN,             )
Acting Commissioner of         )
Social Security,               )
                               )
    Defendant.                 )
_____)

This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings and Defendant's Motion for Remand to the Commissioner. Plaintiff's counsel indicated that she consented to Defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further action.

SO ORDERED this  12th  day of  February , 2014 .

_____
LOUISE W. FLANAGAN
United States District Judge