IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:13-cv-00180-FL

| KIMBERLY POYTHRESS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act ("Act") in the amount of $15,000.00. Attorney's fees under section 206(b) of the Act are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). The fee request is in addition to the $4,070.00 in fees awarded by this Court under the Equal Access to Justice Act (EAJA) (Document No. 30).

Defendant filed a reply to the motion noting that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $ 15,000.00 , and ordered to refund to plaintiff the smaller award between this amount and the EAJA award.

Ordered this  22nd  day of  February , 2016.

_____
Louise W. Flanagan
United States District Judge